IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 09-245 |
| PHILLIP PARROTT | : | |

## **ORDER**

AND NOW, this 4th day of March, 2010, upon consideration of Defendant's Motion for Judgment of Acquittal and/or a New Trial (Doc. No. 51) and all documents submitted in support thereof and in opposition thereto, it is ORDERED that the Motion is DENIED.

IT IS SO ORDERED

BY THE COURT:

R. Barclay Surrick, J.