IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 09-245 |
| PHILLIP PARROTT | : | |

## **O R D E R**

**AND NOW**, this 8th day of February 2022, upon consideration of Defendant Phillip

Parrott's Motion to Correct Sentence under 28 U.S.C. § 2255 (ECF No. 88), and all documents

submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is

**GRANTED**, and Defendant's sentence is **VACATED**.  A resentencing hearing will be

scheduled by a separate Order.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**